IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FORT GORDON, LLC d/b/a
BALFOUR BEATTY COMMUNITIES,

    Plaintiff,

v.

DWIGHT HENDERSON,

    Defendant.

CV 115-205

## O R D E R

Currently before the Court is Plaintiff's notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 8.) This case is therefore **DISMISSED WITHOUT PREJUDICE.** The Clerk is instructed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 14th day of July, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA